# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-52985
Case Name: KRESS, JOHN & JODY
Trustee Name: RICHARD A. WILSON



Claims of secured creditors will be paid as follows:

*Claimant*             *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD A. WILSON | $ 447.91 | $ 34.40 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,929.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1-2 | HSBC Auto Finance (f/k/a Household Auto Finance Co | $ 7,885.21 | $ 178.22 |
| 2 | Landmark America II, Inc | $ 4,980.89 | $ 112.58 |
| 3 | Jefferson Capital Systems LLC | $ 345.00 | $ 7.80 |
| 4 | Medina General Hospital | $ 23,608.79 | $ 533.60 |
| 5 | T.M. Jain, MD | $ 840.00 | $ 18.99 |
| 6 | Asset Accpetance LLC | $ 2,110.74 | $ 47.71 |
| 7 | Elite Rcy Sv | $ 955.93 | $ 21.61 |
| 8 | Asset Accpetance LLC | $ 633.04 | $ 14.31 |
| 9 | Asset Accpetance LLC | $ 3,714.41 | $ 83.95 |
| 10 | Asset Accpetance LLC | $ 1,262.58 | $ 28.54 |

**UST Form 101-7-TFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Crystal Clinic, Inc. | $ 108.02 | $ 2.44 |
| 12 | Columbia Gas of Ohio | $ 710.39 | $ 16.06 |
| 13 | Discover Bank/DFS Services LLC | $ 5,022.94 | $ 113.53 |
| 14 | AKRON GENERAL MEDICAL CENTER | $ 616.91 | $ 13.94 |
| 15 | Charles Pfister DDS | $ 2,510.00 | $ 56.73 |
| 16 | Verizon North Inc. | $ 2,624.45 | $ 59.32 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

ck # 118
receipt # 80865

**UST Form 101-7-TFR (4/1/2009)**