IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 MAR 16 PM 12: 05

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: KRESS, JOHN & JOY          CASE NO: 08-52985

CHAPTER 7

Debtor(s)          HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

     Claim# 7     Elite Rcy SV                                $21.61
                      Pob 3474
                      Buffalo, NY 14240

*Ck # 2001*

*Receipt # 81344*

2. A trustee's check for $21.61 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 12, 2010

                                         Richard A. Wilson
                                         Chapter 7 Trustee
                                         1221 S. Water Street
                                         Kent, OH 44240
                                         Phone: 330.678.2850
                                         Fax: 330.678.2058
                                         buckeye56@sbcglobal.net